IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>RB&C GRAIN, INC. and STARK FARMS, L.P.,<br><br>                    Defendants. | CV 17-151-BLG-TJC<br><br>**ORDER** |

Before the Court is plaintiff Great West Casualty Company's ("Great West") Unopposed Motion to Dismiss with Prejudice (Doc. 22), which seeks the dismissal of this case with prejudice as fully settled on the merits. Great West's motion being unopposed,

IT IS ORDERED that Great West's motion is **GRANTED**. Great West's Complaint for Declaratory Judgment (Doc. 1) is hereby **DISMISSED with prejudice**, pursuant to Fed. R. Civ. P. 41(a)(2). Each party shall bear its own costs and attorneys' fees.

//

//

IT IS FURTHER ORDERED that all remaining motions are **DENIED as moot**, and the Clerk of Court shall close this case.

DATED this 29th day of August, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge